



**MotleyRice**

Mary F. Schiavo
Licensed in MO, DC, MD
DIRECT DIAL 843.216.9138
DIRECT FAX 843.216.9440
MSchiavo@motleyrice.com

May 17, 2007

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007



Re:   In re September 11 Litigation 21 MC 97 ←
      *Falkenberg v. AMR Corp.*, et al., 02 CV 7145 (AKH)
      *Teague v. AMR Corp.*, et al., 03 CV 6800 (AKH)

Dear Judge Hellerstein:

We are counsel for Ruth Falkenberg and Elaine Teague, the above referenced cases, in this litigation. Pursuant to Federal Rule of Civil Procedure 6(b) and Rule 1(D) of your Honor's Chambers Rules, I am writing to request an enlargement of time for Plaintiffs' Falkenberg and Teague to respond to Defendant American Airlines Opposition to Plaintiffs' Motion for Summary Judgment Against Defendant American Airlines, Inc. Defendants' pleading was due April 9, 2007, but obtained extensions through May 7, 2007. Defendants filed their opposition on May 7, 2007, after extensions totaling a month, (two weeks from Plaintiffs and two weeks from the Court). Defendants granted plaintiffs a four day extension from Monday, May 14, 2007 until tomorrow, May 18, 2007, but stated they would agree to no further extensions. We understand and appreciate their reason is a desire to eliminate delays. We do not anticipate needing more than three additional business days.

As counsel for Plaintiffs, we are involved in responding to a large volume of motions filed by defendants. We are also busy completing discovery including liability depositions. Also, due to three graduation ceremonies within one week of three of the children of the persons working on this specific reply (two children of my paralegal and one child of mine) we must unavoidably be out of the office tomorrow, over the weekend and part of Monday. Plaintiffs request an additional enlargement of time of three business days. Accordingly, we respectfully request that the Court grant an enlargement of time of three business days to and including May 23, 2007 to respond to Defendant American Airline's Opposition to the Motion for Summary Judgment in these two actions.

Sincerely yours,

Mary Schiavo
Mary Schiavo

**MEMO ENDORSED**   So ordered
                    5-17-07

cc:  Via Email
     Desmond Barry, Esq.
     Eric McNamar, Esq.
     Roger Podesta, Esq.

www.motleyrice.com   MT. PLEASANT            BARNWELL              PROVIDENCE            HARTFORD                  ATLANTA

Motley Rice LLC      28 BRIDGESIDE BLVD.     1750 JACKSON ST.      321 SOUTH MAIN ST.    ONE CORPORATE CENTER      600 WEST PEACHTREE ST.
Attorneys at Law     P.O. BOX 1792           P.O. BOX 365          P.O. BOX 6067         20 CHURCH ST., 17TH FLOOR SUITE 800
                     MT. PLEASANT, SC 29465  BARNWELL, SC 29812    PROVIDENCE, RI 02940  HARTFORD, CT 06103        ATLANTA, GEORGIA 30308
                     843-216-9000            803-224-8800          401-457-7700          860-882-1681              404-201-6900
                     843-216-9450 FAX        803-259-7048 FAX      401-457-7708 FAX      860-882-1682 FAX          404-201-6959 FAX