



**LeAnn Lester**
Paralegal
DIRECT DIAL 843.216.9374
DIRECT FAX 843.216.9440
llester@motleyrice.com

August 10, 2007

*[handwritten notes overlaid across page]*

**VIA FEDEX**
The Honorable Alvin K. Hellerstein
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

> In re:   September 11 Litigation - 21 MC 97 (AKH)
> Case No: 02 CV 7145 Falkenberg v. AMR Corp., et. al.
> Case No: 03 CV 6800 Teague v. AMR Corp., et al.

Dear Judge Hellerstein,

Enclosed please find Courtesy copies of **Plaintiffs' Motion for Reconsideration of *Sua Sponte* dismissal of Non-Warsaw Claims and Defendants**, filed on August 10, 2007 via ECF.

The first attachment (Exhibit 1) is a document produced in discovery that is protected under the March 30, 2004 Protective Order. Pursuant to subparagraph 7.3 we are sending Exhibit 1 to you for filing under seal or in such manner as the court deems appropriate.

Thank you for your time and attention to this matter.

Respectfully,

*[signature]*

LeAnn Lester
Paralegal to Mary Schiavo

Enclosures as stated

www.motleyrice.com    MT. PLEASANT    BARNWELL    PROVIDENCE    HARTFORD    ATLANTA

Motley Rice LLC     28 BRIDGESIDE BLVD.    1750 JACKSON ST.    321 SOUTH MAIN ST.    ONE CORPORATE CENTER    600 WEST PEACHTREE ST.
Attorneys at Law    P.O. BOX 1792          P.O. BOX 365        P.O. BOX 6067          20 CHURCH ST., 17TH FLOOR   SUITE 800
                    MT. PLEASANT, SC 29465  BARNWELL, SC 29812  PROVIDENCE, RI 02940   HARTFORD, CT 06103      ATLANTA, GEORGIA 30308
                    843-216-9000           803-224-8800        401-457-7700           860-882-1681            404-201-6900
                    843-216-9450 FAX       803-259-7048 FAX    401-457-7708 FAX       860-882-1682 FAX        404-201-6959 FAX