USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: No.: 21 MC 97 (AKH)
:
: THIS DOCUMENT RELATES TO:
IN RE SEPTEMBER 11 LITIGATION :
: *Teague v. AMR Corp., et al.*
: 03 CV ~~6899~~ 6800 (AKH)   #07, 1599
:
: SATISFACTION OF
: PARTIAL JUDGMENT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, a partial judgment was entered in the above action on the 14th day of August, 2007 in favor of plaintiff ELAINE S. TEAGUE, Individually and as Personal Representative of the Estate of SANDRA D. TEAGUE, and against AMERICAN AIRLINES, INC. in the amount of $153,078.00, without interest at this point, but subject to further consideration at the time of final judgment, and plaintiff makes no waiver of interest. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said partial judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction of the docket of said partial judgment.

Effective Date: October 12, 2007
(Date of Receipt of Payment)
Mt. Pleasant, South Carolina

_____
Mary F. Schiavo
(      )
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

Attorneys for Plaintiff
ELAINE S. TEAGUE