UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:  21 MC 97 (AKH)
:
IN RE: SEPTEMBER 11, 2001 LITIGATION  :
:  This Document Relates to:
:  03-CV-6800
:  Teague v. AMR Corp., et al.
------------------------------------------------------------------x

**NOTICE ADOPTING MASTER ANSWER OF DEFENDANT US AIRWAYS, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT**

PLEASE TAKE NOTICE that defendant US Airways, Inc. (hereinafter "US Airways") hereby adopts its Master Answer to the Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned matter.

WHEREFORE, US Airways respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: November 13, 2007

    US AIRWAYS, INC.

    By its Attorneys,

    CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

    /s/ Richard P. Campbell
    Richard P. Campbell (RC 9599)
    Kurt B. Gerstner (KG 7862)
    Kathleen M. Guilfoyle (KG 6984)
    One Constitution Plaza
    Boston, MA 02129
    (617) 241-3000

TO: Mary F. Schiavo, Esquire
MOTLEY RICE LLC
28 Bridgeside Blvd., P.O. Box 1792
Mt Pleasant, South Carolina C 29465
(843) 216-9000

Attorney for Plaintiff
ELAINE TEAGUE

PD/BL PLAINTIFFS' LIAISON COUNSEL
PI/WD PLAINTIFFS' LIAISON COUNSEL
GROUND DEFENDANTS' LIAISION COUNSEL
7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
ALL AVIATION DEFENDANTS
US ATTORNEY'S OFFICE