UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: Civil Action No.:
: 21 MC 97 (AKH)
:
: This Document Relates to:
IN RE SEPTEMBER 11, 2001 LITIGATION    : 03 CV 6800
:
: <u>Teague v. American Airlines, Inc., et. al.</u>
:
:
------------------------------------------------------------x

## NOTICE OF ADOPTION

**PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
       November 13, 2007

                                                      **GALLAGHER GOSSEEN**
                                                    **FALLER & CROWLEY**

By: _____
     MICHAEL J. CROWLEY
     <s>JAMES A. GALLAGHER, JR.</s>
     JAMES F. GALLAGHER
A Member of the Firm
*Attorneys for Defendant*
**DELTA AIR LINES, INC. incorrectly
s/h/a DELTA AIRLINES, INC.**
1010 Franklin Avenue, Suite 400
Garden City, NY 11530-2927
(516) 742-2500
**Atty. I.D. # MC/2821**
**Atty. I.D. # JG/7597**
**Atty. I.D. # JG 3256**

TO:    **SEE ATTACHED SERVICE LIST**
        **(Via Electronic Mail Only)**

## SERVICE LIST

TO:  Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*Counsel for Plaintiff Re: Doc. No. 03 CV 6800
and PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: **dmigliori@motleyrice.com**
*Via E-Mail*: **melsner@motleyrice.com**

Paul J. Hanly, Jr., Esq.
Jayne Conroy, Esq.
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP.**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
*Via E-Mail*: **jconroy@hanlyconroy.com**
*Via E-Mail*: **phanly@hanlyconroy.com**
*Counsel for Plaintiff Re: Doc. No. 03 CV 6800*

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*:  **mmoller@kreindler.com**
*Via E-Mail*:  **balexander@kreindler.com**

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
*Via E-Mail*:  **dbarry@condonlaw.com**
*Via E-Mail*:  **vturchetti@condonlaw.com**

*** SERVICE RIDER (CONT'D) ***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rac@cliffordlaw.com**
<u>*Via E-Mail*</u>:  **tst@cliffordlaw.com**

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rwilliamson@fzwz.com**
<u>*Via E-Mail*</u>:  **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **bjacob@schiffhardin.com**

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
<u>*Via E-Mail*</u>:  **sarah.normand@usdoj.gov**
<u>*Via E-Mail*</u>:  **beth.goldman@usdoj.gov**
<u>*Via E-Mail*</u>:  **jeannette.vargas@usdoj.gov**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

Cathy Siliato, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:

### SEE ATTACHED SERVICE LIST
### Via Electronic Mail Only

being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007

_____
Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires 5/31/2010

## SERVICE LIST

TO:    Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*Counsel for Plaintiff Re: Doc. No. 03 CV 6800
and PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: **dmigliori@motleyrice.com**
*Via E-Mail*: **melsner@motleyrice.com**

Paul J. Hanly, Jr., Esq.
Jayne Conroy, Esq.
**HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP.**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
*Via E-Mail*: **jconroy@hanlyconroy.com**
*Via E-Mail*: **phanly@hanlyconroy.com**
*Counsel for Plaintiff Re: Doc. No. 03 CV 6800*

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: **mmoller@kreindler.com**
*Via E-Mail*: **balexander@kreindler.com**

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
*Via E-Mail*: **dbarry@condonlaw.com**
*Via E-Mail*: **vturchetti@condonlaw.com**

*** SERVICE RIDER (CONT'D) ***

TO:  Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rac@cliffordlaw.com**
<u>*Via E-Mail*</u>:  **tst@cliffordlaw.com**

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **rwilliamson@fzwz.com**
<u>*Via E-Mail*</u>:  **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  **bjacob@schiffhardin.com**

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor
THE UNITED STATES OF AMERICA*
<u>*Via E-Mail*</u>:  **sarah.normand@usdoj.gov**
<u>*Via E-Mail*</u>:  **beth.goldman@usdoj.gov**
<u>*Via E-Mail*</u>:  **jeannette.vargas@usdoj.gov**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE SEPTEMBER 11, 2001 LITIGATION*

NOTICE OF ADOPTION

*GALLAGHER GOSSEEN FALLER & CROWLEY*
Attorneys at Law

Attorneys for Defendant

*DELTA AIR LINES, INC. - FLIGHT 77*

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*