UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                     :    No. 21 MC 97 (AKH)

                                     :

                                     :    This document relates to :

IN RE SEPTEMBER 11 LITIGATION      :    *Teague v. AMR Corp., et al.*

                                     :    03 CV 6800

                                     :

                                     :    **NOTICE OF MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying Motion for Enforcement of Settlement Agreement Between the Parties, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, United States district Judge, in the United States courthouse, 500 Pearl Street, New York, New York, 10007, on such date and such time as the Court sets, for an order stating that the Court enforces the agreement entered into between the parties and order the Teague settlement process to recommence and the defendants to produce forthwith the proper settlement documents.

Dated: February 6, 2008                    Respectfully submitted,


MOTLEY RICE LLC

By:____s/ Mary Schiavo_____
        MOTLEY RICE LLC

        Mary Schiavo, Esquire
        Ronald L. Motley, Esquire
        Jodi Westbrook Flowers, Esquire
        Donald A. Migliori, Esquire
        Elizabeth Smith, Esquire
        Michael E. Elsner, Esquire
        Robert T. Haefele, Esquire
        Justin B. Kaplan, Esquire
        P.O. Box 1792
        28 Bridgeside Blvd
        Mt. Pleasant, South Carolina 29465
        Tel: (843) 216-9000
        Fax: (843) 216-9440

## CERTIFICATE OF SERVICE

I, LeAnn C. Lester, hereby certify that I am not a party to this action, I am over 18 years of age and reside in Summerville, South Carolina and that on the 6th day of February 2008, a true and correct copy of the foregoing **NOTICE OF MOTION; ATTORNEY AFFIDAVIT OF MARY SCHIAVO AND PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT BETWEEN THE PARTIES** were served upon:

1. Desmond T. Barry, Jr. – Aviation Defendants' Liaison Counsel
2. Eric C. McNamar – Aviation Defendants' Counsel
3. Marc S. Moller – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
4. Donald A. Migliori – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
5. Robert A. Clifford – Property Damage and Business Loss Plaintiffs' Liaison Counsel
6. Richard A. Williamson –Ground Defendants' Liaison Counsel
7. Beth D. Jacobs – WTC 7 Ground Defendants' Liaison Counsel
8. Beth Goldman – U.S. Attorneys' Office

By emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_LeAnn C. Lester_
LeAnn C. Lester