# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

February 22, 2008

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   In re September 11 Litigation, 21 MC 97
      *Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH)
      C & F Ref: DTB/CRC/28079

[Handwritten endorsement: "The parties shall redact the agreed settlement amount from the papers presented for filing, with such redaction all papers on this motion shall be filed publicly. 2-26-08" signed by Judge Hellerstein]

Dear Judge Hellerstein:

I write in my capacity as counsel for defendants American Airlines, Inc. and AMR Corporation and also on behalf of counsel for defendant Argenbright Security, Inc.

Enclosed please find, for filing under seal, the unredacted papers in opposition to Plaintiff's motion to enforce a settlement reached in *Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH). We also served Plaintiff's counsel with unredacted versions of the opposition papers, but we respectfully request the Court's permission to file the opposition papers under seal.

It is appropriate to file these opposition papers under seal in light of their subject matter and the circumstances of this case. The Settling Defendants' opposition papers describe the negotiation process undertaken to settle the Teague case as well as the settlement amount and the amount of prior advances paid by American to Plaintiff. The Settling Defendants consider the settlement process, strategies employed during the process and the ultimate settlement amount highly confidential and the release of this information would hinder the settlement process in remaining cases.

We respectfully request that you direct that the enclosed documents be accepted for filing under seal by endorsing this letter as set forth below, confirming that the parties' interest in preserving the confidentiality of the terms of their settlement agreement and the manner in which the parties negotiated the settlement outweigh any public interest in knowing that information.

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
February 22, 2008
Page 2

Respectfully submitted,

Desmond T. Barry, Jr.


THE CLERK OF THE COURT IS DIRECTED
TO FILE THE ATTACHED DOCUMENTS UNDER SEAL.

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

Enclosures

cc:     Via Email

        Mary F. Schiavo, Esq. (w/ encl.)
        Counsel for Plaintiff Elaine Teague

        Brian J. Alexander, Esq. (w/o encl.)
        Kreindler & Kreindler

        Robert A. Clifford, Esq. (w/o encl.)
        Clifford Law Offices, P.C.

        Richard A. Williamson, Esq. (w/o encl.)
        Flemming Zulack Williamson Zauderer LLP

        Beth Jacob, Esq. (w/o encl.)
        Schiff Hardin & Waite

        Beth Goldman, Esq. (w/o encl.)
        U.S. Attorneys' Office

        Aviation Defendants' Counsel (w/o encl.)