UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
:
:
IN RE SEPTEMBER 11 LITIGATION : Civil No.
: 21 MC 97 (AKH)
: 21 MC 101 (AKH
:
:
---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

**JOINT PROPOSED ORDER TRANSFERRING CASES
TO 21 MC 101 (AKH) DOCKET AND CLOSING 21 MC 97 (AKH)**

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS, the number of pending wrongful death and personal injury cases no longer justifies maintaining a separate docket:

NOW, THEREFORE IT IS ORDERED THAT:

1. The cases attached hereto as "Exhibit A" are to be moved from the 21 MC 97 (AKH) Master Docket to the 21 MC 101 (AKH) Master Docket.

2. The Cross-Claims of all WTCP Cross-Claim Plaintiffs (World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC [formerly known as "5 World Trade Center LLC"], 4 World Trade Center LLC, and 7 World Trade Company, L.P.) and the Cross-Claims of The Port Authority of New York and New Jersey, pending in 21 MC 97, shall be transferred to the 21 MC 101 docket under four new civil action numbers, two to be purchased by the WTCP Cross-Claim Plaintiffs and two to be purchased by the Port Authority. Leave is hereby granted for Cross-Claim Plaintiffs to amend their respective cross-claims within thirty (30) days of this order solely to recast them as direct claims by

1

the Cross-Claim Plaintiffs as Plaintiffs against the Cross-Claim Defendants as Defendants.

The Clerk is instructed to close the Master Docket numbered 21 MC 97 (AKH) thirty (30) days from the date of this Order.

Dated: New York, New York
This /8 day of March, 2008.

ALVIN K. HELLERSTEIN
United States District Judge

## "EXHIBIT A" TO JOINT PROPOSED ORDER TRANSFERRING CASES TO 21 MC 101 (AKH) DOCKET AND CLOSING 21 MC 97 (AKH)

### AMERICAN FLIGHT 11 CASES

| Case Name | Case Number |
|---|---|
| Cahill v. AMR Corporation, et al. | 04 Civ. 7291 |
| Keating v. American Airlines, Inc., et al. | 02 Civ. 7156 |
| Low v. U.S. Airways, Inc., et al. | 03 Civ. 7040 |
| Ong v. American Airlines, Inc., et al. | 02 Civ. 7289 |

### AMERICAN FLIGHT 77 CASES

| Case Name | Case Number |
|---|---|
| Bruno v. American Airlines, Inc., et al. | 04 Civ. 0365 |
| Teague v. American Airlines, Inc., et al. | 03 Civ. 6800 |
| Falkenberg v. American Airlines, Inc., et al. | 02 Civ. 7145 |

### UNITED FLIGHT 93 CASES

| Case Name | Case Number |
|---|---|
| Guadagno v. Argenbright Security, Inc., et al. | 02 Civ. 7260 |

### UNITED FLIGHT 175 CASES

| Case Name | Case Number |
|---|---|
| Bavis v. United Air Lines, Inc., et al. | 02 Civ. 7154 |
| Hayden v. United Air Lines, Inc., et al. | 03 Civ. 6811 |
| Peters v. UAL Corporation, et al. | 03 Civ. 6940 |

### 1 & 2 WORLD TRADE CENTER PERSONAL INJURY CASES

| Case Name | Case Number |
|---|---|
| Merrill v. Silverstein Properties, Inc., et al. | 04 Civ. 7298 |
| Tansey v. American Airlines, Inc., et al. | 04 Civ. 7213 |

### FEDERAL EMPLOYERS LIABILITY ACT CASES

| Case Name | Case Number |
|---|---|
| Arenas v. Port Authority Trans Hudson Corporation | 04 Civ. 1350 |
| Esposito v. Port Authority Trans Hudson Corporation | 03 Civ. 9965 |
| Hilger v. Port Authority Trans Hudson Corporation | 04 Civ. 6788 |
| McGuire v. Port Authority Trans Hudson Corporation | 04 Civ. 6789 |
| Roman v. Port Authority Trans Hudson Corporation | 04 Civ. 7914 |
| Walker v. Port Authority Trans Hudson Corporation | 03 Civ. 10203 |

**EXHIBIT A**