UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

IN RE SEPTEMBER 11 LITIGATION

This Motion relates to:

*Falkenberg v. AMR Corporation, et al.*, 02 Civ. 7145 (AKH) :

*Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH) :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

Civil No.
21 MC 101 (AKH)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation, and Argenbright Security, Inc. will move this Court upon the accompanying declaration and memorandum of law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the settlement agreement entered into by plaintiff Ruth Falkenberg and certain defendants, dated June 26, 2008, settling the claims asserted in *Falkenberg v. AMR Corporation, et al.*, 02 Civ. 7145 (AKH); and approving the settlement agreement entered into by plaintiff Elaine Teague and certain defendants, dated July 1, 2008, settling the claims asserted in *Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH); (2) entering final judgment in each case pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability limitation contained in section 408(a)(1) of the Air Transportation Safety and System Stabilization act applies to the settlement amounts; and (4) dismissing the Complaints in *Falkenberg v. AMR Corporation, et al.*, 02 Civ. 7145 (AKH) and *Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH), with prejudice to all defendants.

1

Dated: New York, New York
     July 10, 2008

          Respectfully submitted,

          CONDON & FORSYTH LLP

          By:_____
              Desmond T. Barry, Jr., Esq. (DB 8066)
          7 Times Square
          New York, New York  10036
          Tel.: (212)894-6770
          Fax: (212)894-6771
          DBarry@condonlaw.com

          -and-

          DEBEVOISE & PLIMPTON LLP
          Roger E. Podesta, Esq. (RP 1749)
          Maura K. Monaghan, Esq. (MM 7682)
          919 Third Avenue
          New York, New York 10022
          Tel.: (212)909-6000
          Fax: (212)909-6836
          REPodesta@debevoise.com

          Attorneys for Defendants
          AMERICAN AIRLINES, INC. and
          AMR CORPORATION

          SIMPSON THACHER & BARTLETT LLP

          By:_____
              Joseph F. Wayland, Esq. (JW 7549)
          425 Lexington Avenue
          New York, New York 10017
          Tel.: (212)455-2000
          Fax: (212)455-2502
          JWayland@stblaw.com

          Attorneys for Defendant
          ARGENBRIGHT SECURITY, INC.